

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00430-CR

The **STATE** of Texas,
Appellant

v.

Martin **YOUNG**,
Appellee

From the County Court At Law No 2, Guadalupe County, Texas
Trial Court No. CCL-23-0923
Honorable Kirsten Legore, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's June 14, 2024 order granting appellee Martin Young's motion to suppress is AFFIRMED.

SIGNED June 18, 2025.

_____
Lori Massey Brissette, Justice